B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida

In re  Cristina M Santos                                       Case No. 14-11264-RAM
       Debtor
                                                               Chapter 13

**Notice of Mortgage Payment Change**

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** CitiBank, N.A. as Trustee for American Home Mortgage Assets Trust 2006-3, Mortgage-Backed Pass-Through Certificates Series 2006-3 | **Court claim no.** (if known): _____ |
| **Last four digits of any number** you use to identify the debtor's account: 6301 | **Date of payment change: 12/01/2014** Must be at least 21 days after date of this notice<br><br>**New total payment:**           **$ 3,170.55**<br>Principal, interest, and escrow, if any |

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No

☐ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ _____       **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustments

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable rate note?**

☐ No

☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:**     0.0000%              **New interest rate:**     0.0000%

**Current principal  and interest payment:** $ _____          **New principal and interest payment** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

■ Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
         *(Court approval may be required before the payment change can take effect.)*

        Reason for change:   This notice of payment change is being filed in the interest of completeness in the court record.  The effective date on this analysis was scheduled to be prior to the filing of this notice.  In order to comply in good faith with FRBP 3002.1(b), Ocwen will adjust the effective date to 12/01/2014  Upon the new effective date debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment.

**Current mortgage payment:** $ 3,170.55       **New mortgage payment:** $ 3,170.55


14-43080 - ChY

B 10 (Supplement 1) (12/11)                                                                                                                              Page 2

**Part 4: Sign Here**

The person completing this Note must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies

Check the appropriate box.

☐ I am the creditor     ■ I am the creditor's authorized agent.
                                (Attach copy of power of attorney, if any)

I declare under penalty of perjury  that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable, and reasonable belief

X  /s/ RAYCHELLE TASHER_____          Date __10/31/2014_____
   Signature

**Print**:    _Raychelle_____     Tasher_____     Title    __Attorney____
              First Name       Middle         Last Name

Company    Robertson, Anschutz & Schneid, PL

Address    6409 Congress Ave., Ste. 100

           Boca Raton              FL          33487
           City                    State       Zip

Contact phone (561)-241-6901                        Email  rtasher@rasflaw.com

14-43080 - ChY

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically or by U.S. mail, first class postage prepaid, to the below mailing list on or about the 31st day of October, 2014.

**MAILING LIST**

Cristina M Santos
c/o Haven Del Pino
900 W 49 St. # 422
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Respectfully submitted,

    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-241-1969


    By:  /s/ RAYCHELLE TASHER
    Raychelle Tasher, Esquire
    Florida Bar No. 109291
    Communication Email: rtasher@rasflaw.com

14-43080 - ChY