

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

O C W E N

---

10/15/2014

Account Number ▮▮▮▮▮▮▮
Case Number - 14-11264

Cristina Santos
 900 West 49 Street Sui
Hialeah, FL 33012

Ocwen Financial Corporations
1661 Worthington Road Suite 100
West Palm Beach, Florida 33409

---

### Changes to Mortgage Interest Rate and Payment on 12/1/2014

**Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 1 month period during which the interest rate stayed the same. That period ends on 11/1/2014, so on that date the interest rate may change. After that, the interest rate may change every 1 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.**

| | **Current** Rate and monthly Payment | **New** Rate and monthly Payment |
|---|---|---|
| Interest Rate | 3.96600% | 3.96500% |
| Escrow (Taxes and Insurance) | $ 791.15 | $ 791.15 |
| **Total monthly Payment** | $3,170.55 | $3,170.55 **(due 12/1/2014)** |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is  0.11500% and the margin is   3.85000%.The 1 Year Treasury Bill Constant Maturity is published monthly in Federal Reserve. The calculated amount is rounded by   0.00100%.

**Rate Limit(s)**: The rate cannot go higher than  10.55000%, or lower than   3.85000% over the life of the loan. The rate can change each time by no more than 99.99999%.

**New Interest Rate and Monthly Payment**: The table above shows the new interest rate and new monthly payment. These amounts are based on the 1 Year Treasury Bill Constant Maturity as of now, the margin 3.85000%, to the index, the loan balance of $ 514,067.89, and the remaining loan term of 380 months.

**Prepayment Penalty**: None

---

*This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

*This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*